No. 42229.—Protests 984135–G, etc., of Santo Alioto & Sons et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

No. 42230.—Protests 988135–G, etc., of Bartolo Bendin, Inc., et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

No. 42231.—Protests 990573–G, etc., of A. Farinella & Co., Inc., et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

No. 42232.—Protests 992884–G, etc., of Cudahy Packing Co. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

No. 42233.—Protest 965846–G of B. A. McKenzie & Co., Inc. (Seattle).

Opinion by KEEFE, J.   The protest was overruled.

BEFORE THE FIRST DIVISION, SEPTEMBER 21, 1939

No. 42234.—Protest 950933–G of Bamberg Lumber Co., Inc. (New York).

Opinion by McCLELLAND, P. J.   It was held that in determining the amount of duty assessable on the basis of board measurement where no question of planing, tonguing, or grooving enters, such determination must be made on the basis of the quantity of lumber actually imported.   On the record presented the protest was sustained.

No. 42235.—Protests 942758–G, etc., of Hoffer-Ashley, Inc. (Providence).

Opinion by SULLIVAN, J.   The protests were submitted without any evidence in support of the claims made.   On the record presented they were overruled.